**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN  DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **BOYD, JEANNE H.** | ) **CASE NO. 02-45509-R** |
| | ) **CHAPTER 7** |
| | ) |
| **DEBTORS** | ) |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE**
**UNITED STATES BANKRUPTCY COURT**

The undersigned Trustee of the above styled estate states as follows for his Notice to Deposit Funds into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1.  That he is the duly qualified and acting trustee in this case.

2.  That he filed a Final Report that was approved by this Court.  Final distributions were made

3. The following check(s) was not negotiated within the second 90 period allowed:

| Claimant | Claim # | Amount |
|---|---|---|
| Dillard National Bk | 004 | 7.99 |
| Capital One Bank | 005 | 14.95 |
| Capital One Bank | 006 | 8.43 |
| Capital One Bank  . | 009 | 8.43 |

These unclaimed funds should be paid into the unclaimed registry of this court.

4.  Pursuant to 11 U.S.C. Section 347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check is has been tendered to the Clerk of the U. S. Bankruptcy Court in the amount of
**$39.80**


Dated: February 16, 2010

/s/ Mark A. Weisbart
Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251
972.628.3691

**CERTIFICATE OF SERVICE**
I, Mark A. Weisbart,  certify that a true and correct copy of the foregoing Notice to Deposit Funds into the  Unclaimed  Registry of the United States Bankruptcy Court was Email this 16th day of February, 2010 to the U. S. Trustee.

/s/ Mark A. Weisbart